UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CR00023 RWS |
| | ) |
| SAMUEL HERNDON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Government's motion to forfeit the bond of Defendant Samuel Herndon (Doc. #86), filed on March 22, 2006. In its motion, the Government recites that Defendant failed to appear for his change of plea and violated other terms and conditions of release, and seeks a forfeiture of the amount posted. Although the time to do so has expired, no response has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Court shall hold a hearing on the Government's motion to forfeit bond on **Wednesday, May 10, 2006 at 10:00 a.m.** The Clerk of Court shall provide notice of this hearing both to counsel for Defendant and to **Ms. Jannett Cuevas, 10260 Washington, Apt. 336, Denver, CO 80229**, the individual who posted the cash security for the bond.

**IT IS FURTHER ORDERED** that on or before **Friday, April 21, 2006**, the Government shall file a further pleading with the Court specifying the legal basis for its motion and also the precise relief requested. Defendant and/or Ms. Cuevas shall have

until **Monday, May 1, 2006**, to respond and show cause why such relief shall not be granted.

**IT IS FURTHER ORDERED** that any future pleadings related to the Government's motion to forfeit bond shall be served on both counsel of record and Ms. Jannett Cuevas.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of April, 2006.