UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CR 0023 RWS |
| | ) | |
| SAMUEL HERNDON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DECLARING FORFEITURE OF BOND

The above-styled case is set before the Court upon the United States' Motion for

Declaration of Forfeiture of Bond.

After a review of the record, the Court finds that Samuel Herndon failed to meet the

conditions of release and breached the conditions of his bond.

IT IS THEREFORE ORDERED that the United States' motion is GRANTED and the

$50,000 appearance bond secured by $5,000 cash is forfeited.

DATED: _May 10, 2006_

_Audrey G. Fleissig_
THE HONORABLE AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE